IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DAMON A. WHITE,**<br><br>*Plaintiff*,<br><br>v.<br><br>**ISAAC HALL**, *et al.*,<br><br>*Defendants*. | **CIVIL ACTION NO.**<br>**5:18-cv-00072-TES** |

### ORDER

Before the Court is Defendant Oakley Trucking's ("Oakley") Motion for Partial Summary Judgment [Doc. 62]. Oakley contends that Plaintiff's claims for negligent hiring, retention, and supervision against Oakley fail because Oakley has admitted liability under the *respondeat superior* doctrine, and Plaintiff cannot prove an exception to Georgia's *respondeat superior* rule. [*Id*. at p. 1]. Plaintiff does not oppose Oakley's Motion as to the negligent hiring, retention, and supervision claims. [Doc. 63, p. 1]. Accordingly, the Court **GRANTS** Oakley's Motion for Partial Summary Judgment [Doc. 62] as to Plaintiff's claims for negligent hiring, retention, and supervision against Oakley.

**SO ORDERED**, this 9th day of October, 2020.

S/ Tilman E. Self, III
_____
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**